UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA a/s/o LEPRINO FOODS,

          Plaintiff,

    - against -

M/V BUNGA PELANGI DUA, her engines, boilers,
tackle, furniture, apparel, etc., *in rem*; ORIENT
OVERSEAS CONTAINER LINE, LTD., *in personam*,

          Defendants.
------------------------------------------------------------X

08 CIV 7137   2008 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**



    NOW comes plaintiff, INDEMNITY INSURANCE COMPANY OF NORTH AMERICA a/s/o LEPRINO FOODS, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1.

    ACE LIMITED is the publicly traded parent company of INDEMNITY INSURANCE COMPANY OF NORTH AMERICA. LEPRINO FOODS is not a publicly traded company.

Dated:    New York, New York
          August 11, 2008
          115-940

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                By: _____
                       Martin F. Casey (MFC-1415)
                       317 Madison Avenue, 21st Floor
                       New York, NY 10017
                       (212) 286-0225